UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142 (DSD/KMM)

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

(1) MARK ALLEN MILLER,
(2) CHRISTOPHER JAMES RAJKARAN,
and
(3) SAEID JABERIAN,
   Also known as "Andre Jaberian,"

      Defendants.

**ORDER TO UNSEAL**

This matter is before the Court on the Government's Motion to Unseal in the above-referenced matter.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the government's motion is granted, and the case, including the Indictment, is hereby unsealed.

June 18, 2021
Dated

*s/Katherine M. Menendez*
THE HONORABLE KATHERINE MENENDEZ
UNITED STATES MAGISTRATE JUDGE