UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142 (DSD/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

(1) MARK ALLEN MILLER,
(2) CHRISTOPHER JAMES RAJKARAN, and
(3) SAEID JABERIAN,
   Also known as "Andre Jaberian,"

        Defendant.

**NOTICE OF APPEARANCE**

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Miranda E. Dugi

Dated: June 18, 2021

        Respectfully submitted,

        W. ANDERS FOLK
        Acting United States Attorney

        <u>*s/ Miranda E. Dugi*</u>
        BY: MIRANDA E. DUGI
        Assistant U.S. Attorney
        Attorney ID No. 5140546NY