UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.   Criminal No. 21-142 (DSD/KMM)

Mark Allen Miller, Christopher James Rajkaran and Saeid Jaberian,

    Defendants.

_____

United States Securities and Exchange Commission,

    Plaintiff,

v.   Civil No. 21-1445 (NEB/LIB)

Mark A. Miller,

    Defendant.

---

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 21-cr-00142 (DSD/KMM) having been assigned to Judge David S. Doty and Case No. 21-cv-1445 (NEB/LIB) having later been assigned to Judge Nancy E. Brasel, and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 21-cv-1445 (NEB/LIB) be assigned to Judge David S. Doty and Magistrate Judge Kate M. Menendez, nunc pro tunc, by use of a card from the appropriate deck in the automated case assignment system. The Clerk of

Court is directed to reuse a card from the same deck from which the original assignment was made pursuant to the Court's Assignment of Cases order filed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

Dated:  June 21, 2021          s/David S. Doty
                               David S. Doty
                               United States District Court

Dated:  June 21, 2021          s/Nancy E. Brasel
                               Nancy E. Brasel
                               United States District Court