AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br><br>Mark Allen Miller<br>c/o Robert A Lengeling<br>310 Fourth Avenue South, Suite 1050<br>Mpls, MN 55415<br><br>*Defendant* | )<br>)<br>)<br>)  Case No. 21-cr-142 DSD/KMM<br>)<br>)<br>) |

RECEIVED JUN 28 2021 CLERK, U.S. DISTRICT COURT MINNEAPOLIS, MINNESOTA

## AMENDED SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

[✓] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information   [ ] Complaint
[ ] Pretrial Violation Petition   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition
[ ] Violation Notice   [ ] Order of Court

| Place: Diana E. Murphy US Courthouse<br>300 South 4th Street, Suite 202<br>Minneapolis, MN 55415 | Courtroom No.: GSA Conference Room<br>Before: Magistrate Judge Elizabeth Cowan Wright |
|---|---|
| | Date and Time: 7/14/21 at 1:00 p.m. |

This offense is briefly described as follows:

Count 1: Conspiracy to Commit Securities Fraud in violation of 18:371, 15:78(j)(b) and 78ff and 17 C.F.R. Section 240.10b-5
Count 2-10: Aiding and Abetting Securities Fraud in violation of 15:78j(b) and 78ff; and 17 C.F.R. Section 240.10b-5, and 18:2
Counts 11-15: Wire Fraud in violation of 18:1343

Date: 06/21/2021

*M. Fogarty*
*Issuing Officer's signature*

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

[✓] Executed and returned this summons   [ ] Returned this summons unexecuted

Date: 6/23/21

*[signature]*
*Server's signature*

Rogers, DUSM
*Printed name and title*

SCANNED JUN 29 2021 U.S. DISTRICT COURT MPLS

Case No. 21-cr-142 DSD/KMM

**This second page contains personal identifiers and therefore should
not be filed in court with the summons unless under seal.**
*(Not for Public Disclosure)*

## INFORMATION FOR SERVICE

Name of defendant/offender: _____

Last known residence: _____

Usual place of abode *(if different from residence address):* _____

If the defendant is an organization, name(s) and address(es) of officer(s) or agent(s) legally authorized to receive service of process: _____

If the defendant is an organization, last known address within the district or principal place of business elsewhere in the United States: _____

## PROOF OF SERVICE

This summons was received by me on *(date)* 6/21/21

☐ I personally served the summons on this defendant                                                                 at
*(place)* _____ on *(date)* _____ ; or

☐ On *(date)* _____ I left the summons at the individual's residence or usual place of abode
with *(name)* _____, a person of suitable age and discretion who resides
there, and I mailed a copy to the individual's last known address; or

☒ I delivered a copy of the summons to *(name of individual)* Mert Robert Lengeling
who is authorized to receive service of process on behalf of *(name of organization)*
Attorney _____ on *(date)* 6/23/21 and I mailed a copy to
the organizations's last known address within the district or to its principal place of business elsewhere in the
United States; or

☐ The summons was returned unexecuted because: _____

I declare under penalty of perjury that this information is true.

Date returned: 6/23/21

*Server's signature*

Rogers, DUSM
*Printed name and title*

Remarks: