IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| Plaintiff, | BEFORE: ELIZABETH COWAN WRIGHT |
| | U.S. Magistrate Judge |
| v. | Case No: 21-cr-142 DSD/KMM |
| | Date: July 14, 2021 |
| Mark Allen Miller, | Video Conference |
| | Time Commenced: 1:02 p.m. / 1:14 p.m. |
| Defendant, | Time Concluded: 1:12 p.m. / 1:17 p.m. |
| | Time in Court: 13 minutes |

APPEARANCES:

Plaintiff: David Steinkamp, Assistant U.S. Attorney
Defendant: Robert Lengeling, Esq.
   X Retained

Date Charges Filed: 6/16/2021         Offense: conspiracy to commit securities fraud; aiding and abetting securities fraud; wire fraud

X Advised of Rights

on      X Indictment

**Bond set in the amount of $25,000 rpr with conditions, see Order Setting Conditions of Release.**

X Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:
X Defendant consents to this hearing via video conference
X Oral Rule5(f) Brady notice read on the record

                                                                s/SAE
                                                   Signature of Courtroom Deputy