# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>v.<br><br>Mark Allen Miller,<br>　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　ELIZABETH COWAN WRIGHT<br>　　　　　U.S. Magistrate Judge<br><br>Case No:　　　　　21-cr-142 DSD/KMM<br>Date:　　　　　　July 14, 2021<br>Video Conference<br>Time Commenced:　1:12 p.m.<br>Time Concluded:　 1:14 p.m.<br>Time in Court:　　2 minutes |

**APPEARANCES:**

　Plaintiff: David Steinkamp, Assistant U.S. Attorney
　Defendant:  Robert Lengeling, Esq.
　　　　　　　X Retained

**Indictment Dated:** 6/16/2021

　X Reading of Indictment Waived　　　X Not Guilty Plea Entered


Other Remarks:
　X Counsel to be notified of additional dates by separate Order to be issued.
　X Defendant consents to this hearing via video conference.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/SAE
　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy