# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>(1) Mark Allen Miller,<br><br>                Defendant. | Criminal No. 21-cr-142-DSD-KMM<br><br>**ARRAIGNMENT ORDER** |

A hearing was held before the undersigned United States Magistrate Judge on July 14, 2021. Defendant was present in court with his attorney, Robert A. Lengeling, Esq. The government was represented by David Steinkamp, Assistant United States Attorney.

Defendant identified himself by name and age; waived the reading of the indictment; and entered a plea of not guilty.

**Pursuant to the Due Process Protections Act**, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence- that is, evidence that favors the defendant or casts doubt on the United States' case, as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and **ORDERS** the United States to do so. Failure to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**Pursuant to Local Rule 12.1, IT IS HEREBY ORDERED** that:

1. The government must make all disclosures required by Federal Rule of Criminal Procedure 16(a) by **July 21, 2021**. D. Minn. LR 12.1(a)(1).

2. Defendant must make all disclosures required by Federal Rule of Criminal Procedure 16(b) by **July 28, 2021**. D. Minn. LR 12.1(a)(2).

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **August 23, 2021**.[1] D. Minn. LR 12.1(c)(1). **Counsel are advised that Magistrate Judge Menendez <u>does not</u> require any courtesy copies related to pretrial motions.**

4. In light of the current COVID-19 pandemic and the District Court General Orders, the Court has limited ability to hold in-person motions hearings in the near future. Therefore, on or before **August 23, 2021**, counsel for the defendant must file a letter on ECF indicating whether the defendant consents to hold the motions hearing in this matter via video conference.

5. **Counsel must electronically file a letter on or before August 23, 2021, if no motions will be filed and there is no need for a hearing**.

6. All responses to motions must be filed by **September 7, 2021**. D. Minn. LR 12.1(c)(2).

7. Any Notice of Intent to Call Witnesses[2] must be filed by **September 7, 2021**. D. Minn. LR. 12.1(c)(3)(A). In order to avoid the need for a recess of the motions hearing, the government is requested to make, by **September 10, 2021**, all disclosures which will be required by Fed. R. Crim. P. 26.2 and 12(h).

---

[1] "Before filing a motion under Fed. R. Crim. P. 12(b), the moving party must confer with the responding party. The parties must attempt in good faith to clarify and narrow the issues in dispute." D. Minn. LR 12.1(b).

[2] "When a party intends to call witnesses at a hearing on a motion under Fed. R. Crim. P. 12(b), the party must file a notice within 35 days after the arraignment. The notice must identify the number of witnesses whom the party intends to call, the motion or motions that each witness will be addressing, and the estimated duration of each witness's testimony." D. Minn. LR 12.1(c)(3)(A).

8. Any Responsive Notice of Intent to Call Witnesses[3] must be filed by **September 9, 2021**. D. Minn. LR 12.1(c)(3)(B).

9. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures and the defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

    b. Oral argument is requested by either party in its motion, or responsive pleadings, and the Court finds that such argument is necessary.

10. The motions hearing shall be held before Magistrate Judge Katherine Menendez on **September 15, 2021, at 1:00 p.m. in a location to be determined.** D. Minn. LR 12.1(d).

11. **TRIAL:**

    a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT**, the following trial and trial-related dates are:

        i. Two hard copies of the voir dire, jury instructions, witness list, exhibit list and motions in limine shall be filed with the chambers of District Judge David S. Doty on or before **one week before trial.** Counsel shall email the proposed jury instructions, exhibit and witness lists to ***doty_chambers@mnd.uscourts.gov***.

        ii. This case shall commence trial on **a date to be determined**, at **9:00 a.m.** before District Judge David S. Doty in Courtroom 14W, U.S. Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota.

    b. **IF PRETRIAL MOTIONS ARE FILED**, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must

---

[3] "If after reviewing a notice under LR 12(c)(3), a party intends to call witnesses at the same hearing, that party must file a responsive notice within 38 days after the arraignment. The responsive party must identify the number of witnesses whom the party intends to call, the motion or motions each witness will be addressing, and the estimated duration of each witness's testimony." D. Minn. LR 12.1(c)(3)(B).

contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.

Dated: July 14, 2021	*s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge