**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-cr-142 (01)(DSD/KMM) |
| Plaintiff, | |
| V. | **MOTION FOR EXTENSION OF TIME TO FILE MOTIONS** |
| MARK ALLEN MILLER, | |
| Defendant. | |

---

The Defendant, by and through his attorney, respectfully requests an extension of time to file pretrial motions. In the course of the parties' meet and confer discussion, the Government indicated there is additional discovery in the case. Miller seeks an extension of at least two weeks to review any new discovery before filing motions, making the motion deadline September 6, 2021. Defendant Miller is not seeking a new motion hearing date at this time. The motion is unopposed by the U.S. Attorney's Office.

The motion is based on the information in the file, the argument of Counsel, the Federal Rules of Criminal Procedure, and the U.S. Constitution.

BEITO & LENGELING, P.A.

Date: August 23, 2021          By     *s/ Robert A. Lengeling*
                                      Robert A. Lengeling, #304165
                                      Flour Exchange Building
                                      310 Fourth Avenue South, Suite 1050
                                      Minneapolis, Minnesota 55415
                                      (612) 767-1618 / (612) 333-8003 fax
                                      rob@beitolengelinglaw.com
                                      ATTORNEY FOR DEFENDANT