

# Beito & Lengeling
### CRIMINAL JUSTICE ATTORNEYS

310 4TH AVE S. SUITE #1050, MINNEAPOLIS, MN 55415
612-767-1618   •   INFO@BEITOLENGELING.COM
WWW.BEITOLENGELINGLAW.COM

September 6, 2021

Hon. Kate M. Menendez
U.S. District Court
300 South Fourth Street
Minneapolis, Minnesota 55415

    Re:   *United States of America v. Mark Allen Miller*
            Court File No. 21-cr-142 (01)(DSD/KMM)

Dear Judge Menendez:

    I met with my client to discuss pre-trial motions, the evidence in the discovery file, and the Government's plea offer. Mr. Miller authorized me to contact the Court on his behalf. Mr. Miller will waive his pre-trial motions and requests to be excused from the upcoming motion hearing. I will contact chambers for a change of plea hearing date.

    Thank you for consideration in this matter.

Sincerely,

BEITO & LENGELING, P.A.

By *(signature)*
    Robert A. Lengeling