# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No:  21CR142(1)(DSD/KMM) |
|  | Date:  10/14/2021 |
|  | Court Reporter:  Renee Rogge |
| MARK ALLEN MILLER, | Courthouse:  Minneapolis |
|  | Courtroom:  14W |
| Defendant. | Time Commenced:  1:30 p.m. |
|  | Time Concluded:  2:00 p.m. |
|  | Sealed Hearing Time: |
|  | Time in Court:  30 minutes |

Before David S. Doty, United States District Judge, at Minneapolis Minnesota

APPEARANCES:
    For Plaintiff:    Joseph H. Thompson, Assistant U.S. Attorney
    For Defendant:    Robert A. Lengeling   ☒ RET

PROCEEDINGS:

☒ **Change of Plea Hearing**

☒ PLEA:

    ☒ Guilty as to Count 1 of the Indictment.
    ☒ Counts 2-15 to be dismissed at sentencing.

☒ The plea agreement will be filed at a later date.
☒ Defendant advised to pay a special assessment in the amount of $100.00.
☒ Presentence Investigation and Report requested.
☒ Bond continued under the same terms and conditions previously imposed.

                                                               s/DO
                                                               Judicial Assistant