UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-cr-142 (01)(DSD/KMM) |
| Plaintiff, | |
| v. | **MOTION FOR EXTENSION OF TIME TO FILE SENTENCING POSITION** |
| MARK ALLEN MILLER, | |
| Defendant. | |

_____

The Defendant, by and through his attorney, respectfully requests an extension of time to file his position on sentencing. Local Rule 83.10 (e) states that the parties' positions regarding sentencing are due within 14 days of the final PSR. In the instant matter, the positions of the parties are due January 13, 2022. Defense counsel requests an order setting the due date for the positions regarding sentencing no less than two weeks before the sentencing hearing. The U.S. Attorney's Office does not object and agrees to this request.

The motion is based on the information in the file, the argument of Counsel, the Federal Rules of Criminal Procedure, and the U.S. Constitution.

BEITO & LENGELING, P.A.

Date:___January 11, 2022_____     By _____*s/ Robert A. Lengeling*_____
                                            Robert A. Lengeling, #304165
                                            Flour Exchange Building
                                            310 Fourth Avenue South, Suite 1050
                                            Minneapolis, Minnesota 55415
                                            (612) 767-1618 / (612) 333-8003 fax
                                            rob@beitolengelinglaw.com
                                            ATTORNEY FOR DEFENDANT