# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-cr-142 (01)(DSD/HB) |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SENTENCING POSITION** |
| MARK ALLEN MILLER, | |
| Defendant. | |

___

This matter is before the Court on the defendant's motion for extension of time to file his sentencing position (Doc. #104).

**IT IS HEREBY ORDERED** that the defendant's motion is **GRANTED**. Counsel for both parties shall file their respective positions on sentencing no later than two weeks before the sentencing hearing.

Date: January 12, 2022

s/David S. Doty
David S. Doty, Judge
United States District Court