UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142(1) (DSD/ECW)

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARK ALLEN MILLER,

      Defendant.

**GOVERNMENT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

    The United States of America, by and through its attorneys Andrew M. Luger, United States Attorney for the District of Minnesota, and Joseph H. Thompson, Assistant United States Attorney, hereby moves the Court for a four-day extension of time for the filing of sentencing position papers. The parties' position papers are currently due on May 4, 2023. The assigned AUSA is currently traveling for work. The government therefore seeks permission to file for the parties position paper on Monday, May 8, 2023. Counsel for defendant Miller has informed the government that he does not oppose the motion and would ask that the extension apply to defendant's position paper as well.

Dated: May 3, 2023

          Respectfully Submitted,

          ANDREW M. LUGER
          United States Attorney

          /s/ *Joseph H. Thompson*
BY:   JOSEPH H. THOMPSON
          Assistant U.S. Attorney