# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 21-cr-142 (01)(DSD/ECW) |
| Plaintiff, | |
| v. | **MOTION FOR PERMISSION TO SELF-SURRENDER** |
| MARK ALLEN MILLER, | |
| Defendant. | |

___

The Defendant, by and through his attorney, respectfully requests an order from the Court allowing him to self-surrender to his designated Bureau of Prisons facility in the event the Court sentences him to any amount of custody. Miller requests a report date 90 days after sentencing and he requests a designation recommendation for FPC Duluth. Miller's sentencing request is for probation, which would begin immediately. It is not known if the US Attorney opposes this request.

The motion is based on the information in the file, the argument of Counsel, the Federal Rules of Criminal Procedure, and the U.S. Constitution.

BEITO & LENGELING, P.A.

Date: __May 16, 2023__    By _____*s/ Robert A. Lengeling*_____
  Robert A. Lengeling, #304165
  Flour Exchange Building
  310 Fourth Avenue South, Suite 1050
  Minneapolis, Minnesota 55415
  (612) 767-1618 / (612) 333-8003 fax
  rob@beitolengelinglaw.com
  ATTORNEY FOR DEFENDANT