# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | |
| v. | Case No: 21CR142(1)(DSD/ECW) |
| | Date: May 18, 2023 |
| MARK ALLEN MILLER, | Court Reporter: Brittany Blesener |
| | Courthouse: Minneapolis |
| Defendant. | Courtroom: 14W |
| | Time Commenced: 11:01 a.m. |
| | Time Concluded: 11:23 a.m. |
| | Sealed Hearing Time: |
| | Time in Court: 22 minutes |

Before David S. Doty, United States District Judge, at Minneapolis, Minnesota.

APPEARANCES:

   For Plaintiff:    Melinda Williams, Assistant U.S. Attorney
   For Defendant:  Robert A. Lengeling  ☒  RET

PROCEEDINGS:

☒ **Sentencing.**

IT IS ORDERED:

Defendant is sentenced to:

| **Count No.** | **BOP** | **SR** |
|---|---|---|
| 1 | 12 months and 1 day | 2 years |

☒ Special conditions of:    **See J&C for special conditions**

☒ Defendant sentenced to pay:
   ☒ Special assessment in the amount of $100.00 to be paid.

☒ Plea and plea agreement accepted.
☒ Government's Motion for Dismissal of Counts 2-15 granted.
☒ Defendant released pending execution of sentence of imprisonment on same terms and conditions as previously released. Defendant to voluntarily surrender. **See J&C for details**
.

                                                                                    s/D.O._____
                                                                                 Judicial Assistant