UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

          Plaintiff,

v.

MARK ALLEN MILLER,

          Defendant.

Case No. 21-CR-142 (DSD/ECW)

**[PROPOSED]
ORDER OF FORFEITURE**

Based on the United States' motion for an Order of Forfeiture; the Plea Agreement between the United States and Defendant Mark Allen Miller; and based on all of the files and records of this proceeding,

IT IS HEREBY ORDERED that:

1. The United States' Motion for an Order of Forfeiture [Docket No. 214] is **GRANTED**;

2. A personal money judgment forfeiture in the amount of $38,292 is entered against Defendant Mark Allen Miller pursuant to 21 U.S.C. § 853(p), 18 U.S.C. § 981(a)(1)(C) in conjunction with 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2. That sum represents the proceeds the Defendant obtained from the violation charged in Count 1 of the Indictment, consistent with the Defendant's Plea Agreement;

3. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B), and Fed. R. Crim. P. 35, this Order of Forfeiture shall become final as to the Defendant upon entry and shall be made a part of his sentence and included in the judgment, and the Defendant's Judgment is hereby amended to include a forfeiture money judgment in the amount of $38,292;

4. The Defendant shall receive a credit against the $38,292 money judgment forfeiture for the net forfeited value of each asset that is forfeited from him in connection with this case;

5. This Court shall retain jurisdiction to enforce this Order, and to amend it as necessary pursuant to Fed. R. Crim. P. 32.2(e).

Dated:

                                              DAVID S. DOTY,
United States District Judge