# UNITED STATES DISTRICT COURT
## District of Minnesota
### NOTICE OF APPEAL

USCA 8 NO _____

United States of America

_____ Plaintiff _____

vs

Mark Allen Miller

_____ Defendant _____

21-cr-142 (01)(DSD/ECW)
District Court Docket Number

Hon. David Doty
District Court Judge

Notice is given that **Mark Miller** appeals to the United States Court of Appeals for the Eighth Circuit from the [✓] Judgment & Commitment [ ] Order (Specify) entered in this action on **May 18, 2023.**

_RJL Lengling_ (signature)
Signature of Defendant's Counsel

Robert A. Lengeling
Typed name of Defendant's Counsel

310 Fourth Ave S, Suite 1050
Street Address/Room Number

(612) 963-1555
Telephone Number

Minneapolis    MN    55415
City    State    Zip

5-26-23
Date

### TRANSCRIPT ORDER FORM
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

[✓] Please Prepare a transcript of:
- [ ] Pre-trial proceedings
- [ ] Testimony or
- [ ] Portions thereof _____
- [✓] Sentencing
- [ ] Post Trial Proceedings
- [ ] Other (Specify) _____

[ ] I am not ordering a transcript because
- [ ] Previously filed
- [ ] Other (Specify) _____

### CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon US District Court, court reporter and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter. (FRAP 10(b)). Method of payment _X_ Funds, _____ CJA Form 24 completed (see separate CJA 24 form in criminal appeals form)

_RJL Lengling_ (signature)
Attorney's Signature

5-26-23
Date

**NOTE: Complete All Items on Reverse Side**

# INFORMATION SHEET
## TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address: **ADDRESS REDACTED**
   **ADDRESS REDACTED**

2. Date of Sentence: May 18, 2023   ☐ Jury   ☑ Non-Jury
   Offenses: Securities Fraud

   Trial Testimony - Number of days ____   Bail Status: ____

3. Sentence and Date Imposed: 1 year and a day; 2 years sup. release. Imposed 5-24-23

4. Appealing:   Sentence ☑   Conviction ☐   Both ☐
   Challenging:
   ☑ Application of Sentencing Guidelines
   ☐ Constitutionality of Guidelines
   ☐ Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court: May 26, 2023
   Stenographer in Charge: Brittany Blesener
   (Name, Address, Phone) 300 S Fourth St, Minneapolis, MN 55415
   612-664-5162

6. Trial Counsel Was:   ☐ Appointed (no fee required)   ☑ Retained (filing fee $505 unless IFP granted)

   Does Defendant's financial status warrant appointment of counsel on appeal?
   ☐ Yes   ☑ No
   Affidavit of Financial Status filed: ____

   Is there any reason why trial counsel should not be appointed as counsel on appeal?
   ☐ Yes   ☑ No

7. Assistant US Attorney Name and Phone Number: AUSA Joseph Thompson
   612-664-5600

### Court Reporter Acknowledgment

Date Order Received         Estimated Completion Date         Est. Number of Pages

Court Reporter Signature                                       Date

Noticeofappeal (11/05)