# UNITED STATES DISTRICT COURT
### District of Minnesota

**REDACTED REVISED INFORMATION SHEET-Criminal Cases Only**

---

1. United State of America v. Mark Allen Miller   CR 21-00142-DSD-ECW-1

2. Defendant and Address:   Reg. No. 55157-509
   ADDRESS REDACTED

3. Date of Verdict: ☒ Guilty Plea Entered 10-14-21

4. Appealing:  ☒ Sentence

5. Sentence:  Custody of BOP for 12 months and 1 day, 2 yrs supervised release, special assmt of $100.00

6. Date sentence imposed: 5/18/2023

7. Defendant incarcerated?  ☒ No-Voluntary Surrender Date is: 8/22/2023

8. Financial Status:  Fee paid? ☒ Yes

9. Notice of Appeal was filed on 05/26/2023

10. Court Reporter: Renee Rogge and Brittany Blesener

11. Trial Counsel:

    Robert A Lengeling
    Beito & Lengeling, PA
    310 Fourth Avenue South, Suite 1050
    Mpls, MN 55415
    612-767-1618

12. Trial Counsel was:   ☒ Retained

Is there any reason why trial counsel should not be appointed on appeal?   ☒ Yes (Appeal filed by retained counsel for Mr. Miller)

13. Assistant U.S. Attorney: Craig R. Baune, Joseph H Thompson, and Miranda E. Dugi 612-664-5600

14. List of other defendants in this case & disposition: Christopher James Rajkaran (sentenced) and Saeid Jaberian (sentenced)

15. Additional Comments:

☒ Probation-Please send the PSI, Addendums and Statement of Reasons to the Criminal Unit.

Prepared by: MMP