

# UNITED STATES DISTRICT COURT
## District of Minnesota

### TRANSMITTAL OF PRE-SENTENCE INVESTIGATION REPORT, ADDENDUMS AND STATEMENT OF REASONS

# SEALED

United States of America v. Mark Allen Miller

Appeal Number: 23-2312

Criminal Case Number: 21-cr-142(1) DSD/ECW

Three (3) copies of the Pre-Sentence Report, addendums and Statement of Reasons on the above named individual(s) are being transmitted to the Eighth Circuit Court of Appeals **UNDER SEAL**.

Dated: 5/31/23
Prepared By: CLK