UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142(1)(DSD/ECW)

United States of America,

        Plaintiff,

v.                                                 **ORDER**

Mark Allen Miller,

        Defendant.


This matter is before the court on defendant's oral motion to seal the sentencing transcript. The court has reviewed the file and finds that sealing is not necessary in this case.

Accordingly, **IT IS HEREBY ORDERED** that the motion to seal is denied.


Dated: June 2, 2023

                                            s/David S. Doty
                                            David S. Doty, Judge
                                            United States District Court