UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 21-142 (DSD)

UNITED STATES OF AMERICA,

    Plaintiff,

v.   **NOTICE OF APPEARANCE**

MARK ALLEN MILLER,

    Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Katharine T. Buzicky

Dated: June 22, 2023

Respectfully submitted
ANDREW M. LUGER
United States Attorney

*<u>s/ Katharine T. Buzicky</u>*

BY:  KATHARINE T. BUZICKY
Assistant U.S. Attorney
Attorney ID No. 671031